**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar 6815
**CHESNOFF & SCHONFELD, PC**
520 South Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 384-5563
Attorney for Plaintiff

**BRUCE A. CRAIG, ESQ.**
Texas Bar 04975270
**THE CARLILE LAW FIRM, LLP**
400 S. Alamo Blvd.
Marshall, Texas 75670
(903) 938-1655
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA RACINE,<br><br>PLAINTIFF<br><br>vs.<br><br>(1) PHW LAS VEGAS, LLC, and<br>(2) PHW MANAGER, LLC,<br><br>DEFENDANTS | NO. 2:10-cv-01651-LDG-LRL |

## INTERLOCUTORY DEFAULT JUDGMENT

Came on to be called the above and foregoing case. The defendants, **PHW LAS VEGAS, LLC**, and **PHW MANAGER, LLC**, although having been duly served with Summons and the First Amended Complaint on October 21, 2010, wholly failed to answer or otherwise appear in a timely fashion, and have **DEFAULTED**. The Court has read the pleadings and the papers on file, and is of the opinion that (1) this Court has jurisdiction and venue over the claims and causes asserted therein; and (2) the allegations and averments of plaintiffs' complaint have been admitted by **PHW**

**LAS VEGAS, LLC**, and as well by **PHW MANAGER, LLC**, by reason of the Defendants' Default, and by reason of same; (3) that the liability of **PHW LAS VEGAS, LLC**, and as well by **PHW MANAGER, LLC** as to all causes of action therein has been admitted and established by their failure to appear to defend this action.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the material allegations of Plaintiffs' Complaint are deemed admitted as to Defendant, **PHW LAS VEGAS, LLC**, and **PHW MANAGER, LLC**, and that liability is established on each of the causes of action asserted within the complaint, and that plaintiff, Vanessa Racine, have and recover from such defendants, jointly and severally, her damages as are found to have been the producing and or proximate cause of such actions or omissions of said defendants, which are admitted and established herein for all purposes, in the due course of trial hereof, together with her costs of court, pre-judgment and post judgment interest at the maximum rate allowed by law.

IT IS FURTHER ORDERED, a Miscellaneous Hearing on damages shall be heard on THURSDAY, DECEMBER 16, 2010 at the hour of 2:00 PM. in LV courtroom 6B before this Honorable court.

Dated this 19 day of November, 2010

_____
Lloyd D. George U.S. District Judge

Respectfully submitted:

 /s/ Richard A. Schonfeld, Esq.
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar 6815
**CHESNOFF & SCHONFELD**

And

/s/ Bruce A. Craig, Esq.
**BRUCE A. CRAIG, ESQ.**
Texas Bar 04975270
**THE CARLILE LAW FIRM, LLP**
Attorneys for Plaintiff, Vanessa Racine