1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VANESSA RACINE,

    Plaintiff,

v.

PHW LAS VEGAS, LLC, *et al.*,

    Defendants.

Case No. 2:10-cv-01651-LDG (VCF)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Plaintiff's Motion to Strike Affirmative Defenses Under Rule 12(f) and Rule 8 (#25) is DENIED.

DATED this _____ day of December, 2011.

Lloyd D. George
United States District Judge