# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA RACINE,<br><br>    Plaintiff,<br><br>v.<br><br>PHW LAS VEGAS, LLC, *et al.*,<br><br>    Defendants. | Case No. 2:10-cv-01651-LDG (VCF)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Plaintiff's Motion to Strike Affirmative Defenses Under Rule 12(f) and Rule 8 (#25) is DENIED.

DATED this ___1___ day of December, 2011.

_____
Lloyd D. George
United States District Judge